# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1704

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Nebraska. |
| | * | |
| Sergio Martinez-Soto, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: April 21, 2006
Filed: April 21, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Sergio Martinez-Soto pleaded guilty to conspiracy to distribute and possess with intent to distribute methamphetamine mixture, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1) and 846; possession of a firearm during the commission of a drug-trafficking crime, in violation of 18 U.S.C. § 924(c); and a criminal forfeiture count. The district court[*] imposed consecutive prison terms of 120 months on the drug-conspiracy charge and 60 months on the gun charge, two concurrent terms of 5 years of supervised release, and a forfeiture of $14,100. On appeal, Martinez-

_____

[*]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

Soto's counsel has moved to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967).

To the extent the <u>Anders</u> brief can be read to challenge the imposition of the statutory mandatory minimum sentences, the argument fails. <u>See</u> <u>United States v. Chacon</u>, 330 F.3d 1065, 1066 (8th Cir. 2003) (only authority for district court to depart from statutory minimum sentence is found in 18 U.S.C. § 3553(e) and (f), which apply only when government makes motion for substantial assistance or defendant qualifies for safety-valve relief); <u>United States v. Mendoza</u>, 876 F.2d 639, 641 (8th Cir. 1989) (mandatory minimum sentencing does not violate defendant's constitutional rights). Having reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), for any nonfrivolous issues, we find none. Thus, we affirm the district court's judgment, and we also grant counsel's motion to withdraw.

_____